

# COURT OF CRIMINAL APPEALS
## MANDATE RECEIPT ACKNOWLEDGEMENT

Monday, January 05, 2015
Case Number WR-82,433-01
STIERS, DONALD CHASE
COA No.    Tr. Ct. No. 1437033-A
Harris County, 176th District Court

Pursuant to Rule 51.2(a)(1) T.R.A.P, I, _____,

hereby acknowledge receipt of the mandate of the Court of Criminal

Appeals on _____ in the above numbered and styled case.

**PLEASE RETURN UPON RECEIPT**

**ATTN: ABEL ACOSTA**

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 15 2015

Abel Acosta, Clerk